```
                      UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,
                                         NO. CIV. S-06-277 LKK/GGH
          Plaintiff,

     v.                                  **ORDER RE DISPOSAL
                                         DOCUMENTS AFTER
THE GOODYEAR TIRE & RUBBER CO.,          NOTIFICATION OF SETTLEMENT**
et al.,

          Defendants.
                                   /
```

Counsel for plaintiff has informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

All hearing dates heretofore set in this matter, including the Status Conference currently set for April 17, 2006, are hereby **VACATED**.

////

////

////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2     IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3     CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4     IT IS SO ORDERED.

5     DATED: April 12, 2006.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```